1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11     RICHARD JAMES WELK,                         Case No. 1:21-cv-01476-JLT (PC)

12                      Plaintiff,                 **ORDER DIRECTING THE CLERK OF
                                                   THE COURT TO CLOSE CASE**
13            v.

14     CALIFORNIA DEPARTMENT OF
       CORRECTIONS, et al.,
15
                       Defendants.
16

17

18            Plaintiff filed notice of voluntary dismissal with prejudice on October 15, 2021. (Doc. 8.)

19     Pursuant to Federal Rule of Civil Procedure 41(a)(1), a "plaintiff may dismiss an action without a

20     court order by filing . . . a notice of dismissal before the opposing party serves either an answer or

21     a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Once a dismissal under Rule

22     41(a)(1) is properly filed, no order of the court is necessary to effectuate dismissal; the dismissal

23     is effective automatically. *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir.

24     1999).

25     ///

26     ///

27     ///

28     ///

1    Because Plaintiff has filed a notice of dismissal and no opposing party has filed an answer

2  or a motion for summary judgment, this action has terminated. Accordingly, the Court DIRECTS

3  the Clerk of the Court to terminate all pending motions and to close this case.

4

IT IS SO ORDERED.

5

6      Dated:   __October 21, 2021__              _____ /s/ Jennifer L. Thurston__
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2